RECEIVED

SEP 2 7 2011

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAN E. WHITAKER | CIVIL ACTION NO. 10-cv-1023 |
| VERSUS | JUDGE WALTER |
| DIALYSIS CENTER, INC. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___26___ day of ___September___, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE